ALTO–SHAAM, INC., Plaintiff–Appellant,

v.

CLEVELAND RANGE, LLC and Convotherm Elektrogerate GmbH, Defendants–Appellees.

No. 2012–1281.

United States Court of Appeals, Federal Circuit.

Aug. 3, 2012.

**ORDER**

Upon consideration of Alto–Shaam, Inc., Cleveland Range, LLC and Convotherm Elektrogerate GmbH's "Joint Stipulation of Dismissal," which the court treats as a motion to voluntarily dismiss the appeal from case no. 09–CV–0018 (N.D.Tex).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.